
LIBERTY & FREEDOM
LEGAL GROUP, LTD

January 26, 2026

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re: *Archibald v. Aviles-Ramos*, 25-cv-6575 (JAV)**

Dear Judge Vargas:

     As you may recall, the undersigned represents the Plaintiff in the above-referenced matter. On January 20, 2026, the Court ordered the Plaintiff to notify the Court by January 26, 2026, whether Plaintiff would file an amended complaint or rely on the pleading attacked by Defendants' motion to dismiss. Plaintiff writes to inform the Court and Defendants that Plaintiff intends to file an amended complaint by January 30, 2026.

     The Plaintiff thanks the Court for its courtesy and consideration in this matter.

Respectfully submitted,

*Jeffrey Arlen Spinner*

Jeffrey Arlen Spinner, Esq. (JS22178)

Cc: All Counsel of Record via ECF.