

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**S**TEVEN **B**ANKS
*Corporation Counsel*

**Alfred Miller, Jr.**
Phone: (212) 356-2392
alfmille@law.nyc.gov

June 18, 2026

**BY ECF**
Hon. Jeanette A. Vargas
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Archibald v. Aviles-Ramos, et al.*
    25-cv-6575 (JAV)(RWL)

Dear Judge Vargas:

   This office represents Defendants Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, and New York City Department of Education (collectively, "DOE" or "Defendants") in the above-named action. Plaintiff brings this action pursuant to the Individuals with Disabilities in Education Act (IDEA), seeking federal court review of an administrative decision by the Office of State Review.

   I write to respectfully request that the deadline for Defendants to file and serve their motion for Summary Judgement be extended by 8 days, from June 22, 2026 to June 30, 2026. Defendants make this request as additional time is needed to obtain approvals and review by relevant stakeholders. This is the Defendants' third request for such extension of time to file its motion for summary judgement.

   Counsel for the Plaintiff, Liberty & Freedom Legal Group to consents to this extension.

   Although there are no currently scheduled Court appearances, it does impact the briefing schedule. The Parties consent to the following deadlines:

   Plaintiff's opposition papers shall be filed no later than July 30, 2026.
   Defendants' reply papers shall be filed no later than August 13, 2026.

   Accordingly, I respectfully request that Defendants' time to file and serve its anticipated Motion for Summary Judgement to June 30, 2026.

Thank you for Your Honor's consideration of this request.

Respectfully,

s/ *Alfred Miller, Jr.*

Alfred Miller, Jr.
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007

Cc: **VIA ECF**
All attorneys of record